

September 10, 2018

**VIA ECF & E-MAIL**

Hon. Andrew L. Carter, Jr.
U.S. District Judge
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

   RE: Mageno v. Italiantouch USA, Inc.
      Civil Action No. 1:18-cv-05103

Dear Judge Carter:

  We are writing to advise the Court that our law firm is being retained as substitute counsel for Defendant ItalianTouch US, improperly identified in the Complaint as "Italiantouch USA, Inc. d/b/a Tod's, a New York Corporation."  We have been advised that the Court has executed the parties' proposed Stipulation and Order extending the time Defendant has to respond to the Complaint to October 31, 2018.

  Thank you for Your Honor's assistance in this matter.

            Respectfully submitted,

            NUKK-FREEMAN & CERRA, PC

            *Patricia Prezioso*/kmt
            Patricia Prezioso, Esq.

PP/jv


Cc: Javier L. Merino, Esq. (via email & regular mail)
   Eugenio Minoli, Esq. (via email)
   Alexander Tripp, Esq. (via email)